LOUIS VALLENCOURT, RESPONDENT, v. JOHN J. TOOHEY, JR., COMMISSIONER OF LABOR, AND WILLIAM H. AL-BRIGHT, STATE TREASURER, APPELLANTS.

Submitted May 31, 1940—Decided October 10, 1940.

For the appellants, *William J. Egan* and *Stephen J. Lorenz*.

For the respondent, *Emil Neblo*.

The opinion of the court was delivered by

BODINE, J. This case is before us upon a moulded record. The respondent, who had received compensation payments under the statute (*N. J. S. A.* 34:15-1, *et seq.*) was placed on the so-called one per cent. fund more than two years after the last compensation payment had been made. After the decision in *Ruffin* v. *Albright*, 121 *N. J. L.* 424; *affirmed*, 124 *Id.* 499, he was deprived of such benefits. This we deem improper, since *N. J. S. A.* 34:15-95 preserved such rights to those *who had received* benefits from the fund. Since it was well within the legislative powers to direct the distribution of the fund those designated must receive the benefits even though the initial payment may have been improper. The legislative command is as to those *who had received* benefits.

The case will be remanded to the Supreme Court to the end that a peremptory writ of *mandamus* issue.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.